Jason D. Guinasso (8478)
HUTCHISON & STEFFEN, PLLC
500 Damonte Ranch Parkway, Suite 980
Reno, NV 89521
Tel:     (775) 853-8746
Fax:     (775) 201-9611
jganley@hutchlegal.com

*Attorneys for defendant Prestige Travel & Cruises*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EMILY HALL, an individual,

        Plaintiff,

        vs.

PRESTIGE TRAVEL & CRUISES, a
corporation licensed to do business in Nevada;
DOES-IX, inclusive, and ROE ENTITIES I-X,
inclusive,

        Defendant.

Case No. 2:20-cv-00772

**STIPULATION AND ORDER FOR
DEFENDANT TO FILE AN ANSWER
OR OTHERWISE RESPOND TO
COMPLAINT [ECF NO. 1]**
**(First Request)**

Defendant Prestige Travel & Cruises ("defendant" or "Prestige Travel") and plaintiff, Emily Hall ("plaintiff" or "Hall"), by and through their undersigned attorneys of record, hereby stipulate and agree that defendant shall have up to and including **June 17, 2020**, in which to file its answer to plaintiff's Complaint (ECF No. 1), or otherwise respond to same.  Plaintiff served her Complaint upon defendant on May 13, 2020.

Defendant is requesting an additional two (2) weeks in which to file an answer to the complaint or otherwise respond to same;

Pursuant to Fed. R. Civ. P. 6, this requested extension of time is made for good cause since the Law Firm of Hutchison & Steffen, PLLC was newly retained to represent defendant in this case on Monday, June 1, 2020, two days before the deadline to file the Answer. The additional time is needed to allow newly retained counsel time to work with defendant to prepare a proper  response to the Complaint.

This request is made in good faith and not to cause unnecessary delay. This is the first stipulation for extension of time in which to file an answer to the complaint or otherwise respond to same.

Accordingly, it is hereby stipulated and agreed by and between the parties that defendant shall file an answer to the complaint or otherwise respond to same on or before June 17, 2020.

| DATED this 5th day of June, 2020. | DATED this 5th day of June, 2020. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC |
| By: /s/ Jason D. Guinasso | By: /s/ F. Travis Buchanan |
| Jason Guinasso, Esq.<br>Nevada State Bar No. 8478<br>500 Damonte Ranch Parkway, Suite 980<br>Reno, Nevada 89521<br>T: 775-853-8746<br>F: 775-201-9611<br>jguinasso@hutchlegal.com<br>Attorneys for Defendant | F. Travis Buchanan, Esq.<br>Nevada State Bar No. 9371<br>701 East Bridger Ave., Suite 540<br>Las Vegas, Nevada 89101<br>T: 702-331-5478<br>F: 702-629-6919<br>Travis@ftblawlv.com<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE