JASON D. GUINASSO, ESQ.
Nevada Bar No. 8478
500 Damonte Ranch Parkway, Ste. 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile No. (775) 201-9611
Email: jguinasso@hutchlegal.com

PIERS R. TUELLER, ESQ.
Nevada Bar No. 14633
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
ptueller@hutchlegal.com
*Attorneys for Defendants*
*Prestige Travel, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILY HALL, an individual, | CASE NO.: 2:20-cv-00772-JCM-BNW |
| Plaintiff, | **STIPULATION AND TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] AMENDED SCHEDULING ORDER** |
| vs. | |
| PRESTIGE TRAVEL & CRUISES, a corporation licensed to do business in Nevada; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | *SPECIAL SCHEDULING REVIEW REQUESTED* |
| Defendant. | **(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 26(f), Local Rules (LR IA) 6-1, (LR) 26-1, and (LR 26-3), Plaintiff EMILY HALL (Plaintiff), by and through her respective counsel of record, F. Travis Buchanan, Esq., of F. Travis Buchanan, Esq., & Associates, and Defendants PRESTIGE TRAVEL, INC. (Defendants), by and through their respective counsel Jason D. Guinasso, Esq. and Piers R. Tueller, Esq., of Hutchison & Steffen, PLLC, hereby stipulate to extend the outstanding Stipulated Discovery Plan and Scheduling Order (**ECF No. 19**) in this matter. This

1

is the first stipulation to extend discovery deadlines and [proposed] amended scheduling order. The requested extension is sought in good faith and not for purposes of undue delay. Further this request is supported by good cause as further stated below.

**REQUESTED EXTENSION**

The parties are requesting a 60-day extension of time to be added to the outstanding discovery deadlines.

**GOOD CAUSE**

Pursuant to Fed. R. Civ. P. 6, and LR 26-3, this requested extension of time is made for good cause for the following reasons:

It was the hope of the parties by attending the Early Neutral Evaluation that a prospective settlement may have been reached. However, on November 12, 2020 the Early Neutral Evaluation was held and no settlement was reached.

During the duration of the month of November 2020, Defendant's counsel's office dealt with a positive case of COVID-19 within its staff. It was the intent of the parties to notice depositions in November, however, due to other scheduling conflicts with other matters, and the case of COVID-19, the parties are unable to set the depositions in the case until mid-January 2021 and the first week of February 2021. Additionally, due to interference with COVID, there is still discovery to be conducted. Defendant intends to propound any remaining discovery requests upon Plaintiff prior to the deposition dates.

**DISCOVERY COMPLETED TO DATE**

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). Emily Hall served her initial disclosures on August 31, 2020 and Defendant Prestige Travel, Inc. served its Initial Disclosures on September 4, 2020. Plaintiff Emily Hall propounded her First Set of

Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production of Documents on August 31, 2020. Defendant Prestige Travel, Inc. responded to Plaintiff's first set of discovery requests on October 9, 2020. As stated above, Defendant intends to depose Plaintiff, and Plaintiff intends to depose Defendant and the parties are coordinating a deposition schedule.

**DISCOVERY THAT REMAINS TO BE COMPLETED**

Written discovery is ongoing in this case. The parties also anticipate depositions will be taken after written discovery has been completed including depositions of Plaintiff and Defendant. The parties are working to schedule the depositions at a mutually convenient date and time given recent scheduling conflicts and COVID-19 delays; however, the parties are confident the depositions can take place by the first week of February 2021.

**REASONS DISCOVERY HAS NOT BEEN COMPLETED AND EXPLANATION FOR EXTENSION TO COMPLETE DISCOVERY**

In addition to the reasons stated above related to COVID-19, the parties have been diligently pursuing discovery in this case. This extension is necessary to allow the parties to continue to pursue written discovery and the parties are attempting to schedule depositions at mutually convenient dates and times. The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadlines.

**A.    Statement of Reason for Special Scheduling Review.** The original proposed dates were adjusted by approximately 90 days to account for work restrictions caused by the COVID-19 pandemic. The proposed adjustment is necessary due to the parties having limited access to their clients and the exchange of information between counsel and their respective clients, and counsel for both parties having limited access to their respective offices due to

remote working arrangements over the past month.

## PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

### I.  ESTIMATE OF TIME REQUIRED FOR DISCOVERY

The discovery cut-off deadline shall be extended from Friday, January 8, 2021 to **Tuesday, March 9, 2021**.

### II.  FED. R. CIV. P. 26(A)(2) DISCLOSURES (EXPERTS)

**The parties did not identify experts in this matter, and therefore are not requesting in extension of time to disclose experts or in which to file rebuttal expert disclosures.**

### III.  DISPOSITIVE MOTIONS

The parties shall file dispositive motions 30 days after the discovery cut-off date, and therefore the deadline shall be extended from Monday, February 8, 2021 to **Thursday, April 8, 2021**.

### IV.  PRETRIAL ORDER

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore the deadline shall be extended from Wednesday March 10, 2021 to **Thursday, April 8, 2021**.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court. The disclosures required by Fe. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

/ / /

/ / /

/ / /

V.  **EXTENSIONS OR MODIFICATIONS OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

LR 26-3 governs modifications or extensions to this discovery plan and scheduling order. Accordingly, the parties stipulate to the following revised schedule:

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| **Discovery Cut-Off** | Friday, January 8, 2021 | **Tuesday, March 9, 2021** |
| **Dispositive Motions** | Monday, February 8, 2021 | **Thursday, April 8, 2021** |
| **Joint Pretrial Order** | Wednesday March 10, 2021 | **Thursday, April 8, 2021** |

DATED this **18th** day of December 2020.
**HUTCHISON & STEFFEN, PLLC**

*/s/ Jason D. Guinasso*
By _____
JASON D. GUINASSO, ESQ.
Nevada Bar No. 8478
500 Damonte Ranch Parkway, Ste. 980
Reno, NV 89521
Telephone: (775) 853-8746
Facsimile No. (775) 201-9611
Email: jguinasso@hutchlegal.com
PIERS R. TUELLER, ESQ.
Nevada Bar No. 14633
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
ptueller@hutchlegal.com
*Attorneys for Defendants*
*Prestige Travel, Inc.*

DATED this 18th day of December 2020.
**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES**

*/s/ F. Travis Buchanan*
By _____
F. TRAVIS BUCHANAN, ESQ.
Nevada Bar No. 9371
701 East Bridger Avenue Suite 540
Las Vegas, Nevada 89101
Telephone No. (702) 331-5478
Facsimile No. (702) 629-6919
Email: Travis@Ftblawlv.com
*Attorneys for Plaintiff, Emily Hall*

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED, except that the deadline for the joint pretrial order is May 10, 2021. The May 10 deadline is suspended until 30 days after the district judge resolves all dispositive motions filed by the parties.

**IT IS SO ORDERED**

**DATED:** 4:42 pm, December 22, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**