1  F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC
   F. TRAVIS BUCHANAN, Esq.
2  Nevada Bar No. 9371
   701 East Bridger Ave., Suite 540
3  Las Vegas Nevada 89101
   Tel: (702) 331-5478
4  Fax: (702) 629-6919
   Email: *Travis@ftblawlv.com*
5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EMILY HALL, | ) |
| --- | --- |
| | ) **CASE NO.: 2:20-cv-772 JCM (BNW)** |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **DISMISSAL OF PLAINTIFF'S** |
| | ) **COMPLAINT AGAINST DEFENDANT** |
| PRESTIGE TRAVEL & CRUISES, a | ) **PRESTIGE TRAVEL & CRUISES** |
| Corporation licensed to do business in Nevada; | ) |
| DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | ) |
| | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, EMILY HALL ("Plaintiff"), by and through her counsel of record, F. Travis Buchanan, Esq., of F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC, and Defendant PRESTIGE TRAVEL & CRUISES, by and through its counsel of record, Piers Tueller, Esq., of HUTCHISON & STEFFEN, that the Complaint filed by Plaintiff EMILY HALL against Defendant PRESTIGE TRAVEL & CRUISES and any amendments thereafter, are hereby dismissed with prejudice against PRESTIGE TRAVEL & CRUISES. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this **10th** day of December, 2021. | DATED this **10th** day of December, 2021. |
| F. TRAVIS BUCHANAN, ESQ., & ASSOC. | HUTCHISON & STEFFEN |
| By:  */s/ F. Travis Buchanan* | By:/s/Jason D. Guinasso |
| F. Travis Buchanan (Bar #9371) | Jason D. Guinasso (8478) |
| 701 E. Bridger Ave., Ste. 540 | Piers R. Tueller (14633) |
| Las Vegas, NV 89101 | 10080 West Alta Drive, Ste. 200 |
| Travis@ftblawlv.com | Las Vegas, NV 89145 |
| *Attorney for* | 5371 Kietzke Lane |
| EMILY HALL | Reno, NV 89511 |
| | Ptueller@hutchlegal.com |
| | jguinasso@hutchlegal.com |
| | *Attorneys for* |
| | PRESTIGE TRAVEL & CRUISES |

# ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, EMILY HALL, against Defendants PRESTIGE TRAVEL & CRUISES, in the above-captioned matter, United States District Court, Case No. 2:20-cv-772 JCM (BNW), including all claims alleged therein, are herby dismissed with prejudice as to Defendant PRESTIGE TRAVEL & CRUISES. Each party to bear its own attorneys' fees and costs.

DATED this _____ day of December, 2021.

_____
**U.S. DISTRICT JUDGE**