F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC
F. TRAVIS BUCHANAN, Esq.
Nevada Bar No. 9371
701 East Bridger Ave., Suite 540
Las Vegas Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@ftblawlv.com*
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILY HALL, | **CASE NO.: 2:20-cv-772 JCM (BNW)** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT PRESTIGE TRAVEL & CRUISES** |
| PRESTIGE TRAVEL & CRUISES, a Corporation licensed to do business in Nevada; DOES I-X, inclusive, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, EMILY HALL ("Plaintiff"), by and through her counsel of record, F. Travis Buchanan, Esq., of F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC, and Defendant PRESTIGE TRAVEL & CRUISES, by and through its counsel of record, Piers Tueller, Esq., of HUTCHISON & STEFFEN, that the Complaint filed by Plaintiff EMILY HALL against Defendant PRESTIGE TRAVEL & CRUISES and any amendments thereafter, are hereby dismissed with prejudice against PRESTIGE TRAVEL & CRUISES. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this *10th* day of December, 2021.  DATED this *10th* day of December, 2021.
F. TRAVIS BUCHANAN, ESQ., & ASSOC.  HUTCHISON & STEFFEN

By: ___/s/ F. Travis Buchanan_____   By:/s/Jason D. Guinasso_____
F. Travis Buchanan (Bar #9371)  Jason D. Guinasso (8478)
 701 E. Bridger Ave., Ste. 540  Piers R. Tueller (14633)
Las Vegas, NV 89101  10080 West Alta Drive, Ste. 200
Travis@ftblawlv.com  Las Vegas, NV 89145
*Attorney for*  5371 Kietzke Lane
EMILY HALL  Reno, NV 89511
 Ptueller@hutchlegal.com
 jguinasso@hutchlegal.com
 *Attorneys for*
 PRESTIGE TRAVEL & CRUISES

**ORDER**

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, EMILY HALL, against Defendants PRESTIGE TRAVEL & CRUISES, in the above-captioned matter, United States District Court, Case No. 2:20-cv-772 JCM (BNW), including all claims alleged therein, are herby dismissed with prejudice as to Defendant PRESTIGE TRAVEL & CRUISES. Each party to bear its own attorneys' fees and costs.

DATED January 3, 2022.

_____
U.S. DISTRICT JUDGE